## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Reisel Rosenberg,
    Plaintiff,

v.                                                                       CASE NO.: 1:21-cv-5675

Associated Credit Services, Inc.

    Defendant.

_____ /

### JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff Reisel Rosenberg and the Associated Credit Services, Inc the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** January 10, 2022

| **For Plaintiff Reisel Rosenberg** | **For Defendant Associated Credit Services, Inc.** |
|---|---|
| */s/ Eliyahu Babad* | */s/ Arthur Sanders* |
| Eliyahu Babad | Arthur Sanders |
| Stein Saks, PLLC | Barron & Newburger, P.C. |
| One University Plaza | 30 South Main Street |
| Hackensack, NJ 07601 | New City, NY 10956 |
| Ph:  (201) 282-6500 | Ph:  (845) 499-2990 |
| ebabad@steinsakslegal.com | asanders@bn-lawyers.com |

                                                                                          Kiyo A. Matsumoto, USDJ
                                                                                          1.12.22

## **CERTIFICATE OF SERVICE**

I certify that on January 10, 2022, a copy of the foregoing was filed electronically in the ECF system.

Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

*/s/ Eliyahu Babad*
Eliyahu Babad
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*